IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SANDRA MOYER,** *et al.*,<br><br>*Plaintiffs*<br><br>v.<br><br>**MR. COOPER GROUP, INC. f/k/a HOME POINT FINANCIAL CORP. f/k/a MAVERICK FUNDING CORP.**,<br><br>*Defendant*. | Civil Action No.: 1:20-cv-03449-RDB |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT OF ALL CLAIMS ASSERTED AGAINST MR. COOPER GROUP, INC. f/k/a HOME POINT FINANCIAL CORP. f/k/a MAVERICK FUNDING CORP.**

Pursuant to Fed. R. Civ. P. 23, Plaintiffs Sandra Moyer, Richard Martin, Terry Patterson, Jr., and Yvonne Matthew, by and through their attorneys, Smith, Gildea & Schmidt, LLC and Joseph, Greenwald & Laake, P.A., and Defendant Mr. Cooper Group, Inc. as successor to Home Point Financial Corporation formerly known as Maverick Funding Corporation, by and through its attorneys, Sheppard, Mullin, Richter & Hampton LLP, hereby jointly move this Court to preliminarily approve the class action settlement reached by the parties and embodied in the Settlement Agreement attached as Exhibit 1 to the accompanying Memorandum. The grounds for this Motion are set forth in the accompanying Memorandum, and a proposed Order is provided with this Motion for the Court's convenience.

[SIGNATURES ON FOLLOWING PAGE]

1

Dated: June 21, 2024

Respectfully submitted,

_____/s/_____
Timothy F. Maloney, Esq. #03381
Veronica B. Nannis, Esq. #15679
Joseph, Greenwald & Laake
6404 Ivy Lane, Suite 400
Greenbelt, Maryland 20770
(301) 220-2200 / (301) 220-1214 (fax)
Email: tmaloney@jgllaw.com
Email: vnannis@jgllaw.com
*Co-Counsel for Plaintiffs*

_____/s/_____
Michael Paul Smith, Esq. #23685
Melissa L. English, Esq. #19864
Smith, Gildea & Schmidt, LLC
600 Washington Avenue, Suite 200
Towson, MD 21204
(410) 821-0070 / (410) 821-0071 (fax)
Email: mpsmith@sgs-law.com
Email: menglish@sgs-law.com
*Counsel for Plaintiffs*

_____/s/_____
Thomas V. Panoff, Esq. (*pro hac vice*)
Sheppard, Mullin, Richter & Hampton LLP
321 North Clark Street, 32nd Floor
Chicago, IL 60654
(312) 499-6328 / (312) 499-6301 (fax)
Email: tpanoff@sheppardmullin.com

Steven P. Hollman, Esq. #09719
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Ste.100
Washington, DC 20006-6801
(202) 747-1941 / (202) 747-3912 (fax)
Email: shollman@sheppardmullin..com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 21st day of June, 2024, I served copies of the foregoing Joint Motion for Preliminary Approval of Class Action Settlement, Supporting Memorandum of Law and all Supporting Exhibits, and Proposed Order via this Court's CM/ECF system to counsel of record for the parties.

                                               _____/s/_____
                                               Melissa L. English, Esq. #19864