UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**Chambers of**                                                              U.S. Courthouse Chambers 5D
**Richard D. Bennett**                                        101 W. Lombard Street
**United States District Judge**                           Baltimore, MD 21201
**Northern Division**                                                  Tel: 410-962-3190
                                                                                 Fax: 410-962-3177

June 27, 2024

TO COUNSEL OF RECORD

RE: *Moyer et al. v. Mr. Cooper Group, Inc.*
     Civil No. RDB-20-3449

Dear Counsel:

     This Letter Order confirms that the Court has reserved Monday, July 1, 2024 at 2:30 PM ET for a telephone conference with the parties in the above-captioned case. Dial-in information was emailed to Counsel of Record on June 21, 2024.

     Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                                                                               Sincerely,

                                                                              /s/
                                                                  Richard D. Bennett
                                                                 United States Senior District Judge